# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| YUSUF M. DAWAN,<br>    Plaintiff, | Case No. 1:11-cv-806 |
| | Weber, J. |
| vs. | Bowman, M.J. |
| MENTAL HEALTH<br>CARE OF CINCINNATI,<br>    Defendant. | **REPORT AND<br>RECOMMENDATION** |

On December 5, 2011, the Court issued a Order, wherein plaintiff was ordered to "pay the full filing fee of $350.00 or submit an application and affidavit to proceed *in forma pauperis* within thirty (30) days." (Doc. 3). Plaintiff was informed that his failure to comply with the Order would result in the dismissal of his case for want of prosecution. *Id.*

To date, plaintiff has failed to comply with the Court's Order. Accordingly, dismissal is appropriate. Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991).

**IT IS THEREFORE RECOMMENDED THAT:**

1. Plaintiff's case be **DISMISSED** with prejudice for lack of prosecution.

2. The Court certify pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

      /s Stephanie K. Bowman  
Stephanie K. Bowman  
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

YUSUF M. DAWAN,   Case No. 1:11-cv-806
    Plaintiff,

                                          Weber, J.
    vs.                              Bowman, M.J.

MENTAL HEALTH
CARE OF CINCINNATI,
    Defendant.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).