UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YUSUF M. DAWAN,

        Plaintiff

    v.                          C-1-11-806

MENTAL HEALTH CARE OF CINCINNATI,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 5) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 5) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Plaintiff's case is DISMISSED WITH PREJUDICE for lack of prosecution.

This Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. *See, McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997). The Court therefore DENIES plaintiff leave to proceed *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit.

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                  s/Herman J. Weber  
                                                  Herman J. Weber, Senior Judge  
                                                  United States District Court